AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. §1004.23(a)(1) - Driving
Under the Influence of Alcohol
36 C.F.R. §1004.23(a)(2) - Refusal
to Submit to a Chemical Test

☐ Petty
☐ Minor
☑ Misde-
    meanor
☐ Felony

PENALTY:

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

**DEFENDANT - U.S.**

MAY 1 8 2007

VICTOR UZOMA DURU

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR 07 0312**

**DEFENDANT**

MAG

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges      4/7/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State
    Court, give name of court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40. Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on
    motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
    pending case involving this same
    defendant

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding
    this defendant were recorded under

**SHOW
DOCKET NO.**

**MAGISTRATE
CASE NO.**

Name and Office of Person
Furnishing Information on
THIS FORM       **SCOTT N. SCHOOLS**
          ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)       WENDY THOMAS

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
       charges           } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    } If "Yes"
been filed?     ☐ No      give date
                             filed

**DATE OF
ARREST**              Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

*FILED*

*MAY 1 8 2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0312 MAG

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )   No.
                                   )   VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) -
                                   )   Driving Under the Influence of Alcohol
                                   )   (Class B Misdemeanor); 36 C.F.R.
v.                                 )   §1004.23(c)(2) - Refusal to Submit to a
                                   )   Chemical Test (Class B Misdemeanor)
                                   )
VICTOR UZOMA DURU,                 )
                                   )   SAN FRANCISCO VENUE
        Defendant.                 )
_____)

### I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol

On or about April 7, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

VICTOR UZOMA DURU,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1).

INFORMATION

1    COUNT TWO: (36 C.F.R. §1004.23(c)(2) - Refusal to Submit to a Chemical Test)

2        On or about April 7, 2007, within the Northern District of California, within the area

3    administered by the Presidio Trust, the defendant,

4                                    VICTOR UZOMA DURU,

5    refused the request and direction of an authorized person to submit to a test of blood, breath,

6    saliva, or urine for the purpose of determining the defendant's blood alcohol when the authorized

7    person had probable cause to believe the defendant was under the influence of alcohol, in

8    violation of Title 36, Code of Federal Regulations, Section 1004.23(c)(2), a Class B

9    misdemeanor.

10

11   DATED: 5/17/07                           SCOTT N. SCHOOLS
                                              United States Attorney
12

13
                                              GREGG W. LOWDER
14                                            Deputy Chief, Major Crimes Section

15

16   (Approved as to form:                          )
                            WENDY THOMAS
17                   Special Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

INFORMATION