| DOCUMENTS UNDER SEAL | | | | DOCUMENT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD.   RET.   APPT. | |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)** | | | | | | | |
| INITIAL APPEAR / time | PRELIM HRG / time | | MOTION / time | | JUGM'T & SENTG / time | STATUS / time | |
| I.D. COUNSEL / time | ARRAIGNMENT / time | | BOND SIGNING / time | | IA REV PROB. or S/R / time | BAIL REVIEW / time | |
| DETENTION HRG / time | ID/REMOVAL HRG / time | | CHANGE PLEA / time | | PROB. REVOC. / time | SUP REL HRG / time | |
| **INITIAL APPEARANCE** | | | | | | | |
| ADVISED OF RIGHTS | | ADVISED OF CHARGES | | NAME AS CHARGED IS TRUE NAME | TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ARRAIGNED ON INFORMATION | | ARRAIGNED ON INDICTMENT | | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| RELEASED ON O/R | | ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED CASH   $ | | | CORPORATE SECURITY | | REAL PROPERTY: | | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| CONSENT ENTERED | | NOT GUILTY | | GUILTY | GUILTY TO COUNTS: | | |
| PRESENTENCE REPORT ORDERED | | CHANGE OF PLEA | | PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: | | I.D. COUNSEL | | BOND SIGNING | STATUS RE: CONSENT | STATUS/TRIAL SET | |
| AT: | | SUBMIT FINAN. AFFIDAVIT | | PRELIMINARY HEARING OR | CHANGE OF PLEA | BAIL REVIEW | |
| BEFORE HON. | | DETENTION HEARING | | ARRAIGN-MENT | MOTIONS | JUDGMENT & SENTENCING | |
| TIME WAIVED | | TIME EXCLUDABLE UNDER 18 § USC 3161 | | IDENTITY/ REMOVAL | PRETRIAL CONFERENCE | PROB/SUP.REL. REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |
| | | | | | | | |