10/29/2007 04:41 PM EDT                                                                                           Version 7.0

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|------------|--------------------|-----------------------|-----------|--------------|----------------|--------------|

Case No. DCAN307CR000312    US V DURU

| 001 | VICTOR DURU | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611011734 | 0 | PR | 10.00 | 10/23/2007 |

                                                                          Division Payment Total    10.00

                                                                                  Grand Total       10.00

CR 07-312

$ 10.00  SPECIAL ASSESSMENT
         PAID IN FULL  on 10-23-07

Page 1 of 1