11/20/2007 02:33 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Francisco

Case No. DCAN307CR000312    US V DURU

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | VICTOR DURU | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611012641 | 0 | PR | 1,000.00 | 11/19/2007 |
| 001 | VICTOR DURU | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611011734 | 0 | PR | 10.00 | 10/23/2007 |

Division Payment Total    1,010.00

Grand Total    1,010.00

Page 1 of 1

*Handwritten notations:* CR 07-712 ; $1,000.00 FINE PAID IN FULL on 11-19-07